JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D., et al., <br><br> Plaintiffs, <br> v. <br> CITY OF POMONA, et al., <br><br> Defendants. | Case No. CV 21-6138 FMO (MARx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above-entitled action has been settled, (see Dkt. 58, Notice of Conditional Settlement), and having approved the compromise of minor plaintiffs' claims, (see Dkt. 61, Court's Order of July 18, 2022), IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 days from the filing date of this Order, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 3rd day of August, 2022.

                                                    /s/
                                    Fernando M. Olguin
                                  United States District Judge